1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TEDRIC THOMAS,

        Plaintiff

    v.

JOHN SCOTT,

        Defendant.

Case No. CV 14-8574-JLS (GJS)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report").  The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that Judgment be entered dismissing this action, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

DATED:  July 22, 2015.

_____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE