UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TEDRIC THOMAS,

       Plaintiff

    v.

JOHN SCOTT,

       Defendant.

Case No. CV 14-8574-JLS (GJS)

JUDGMENT

     Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that this action is dismissed, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

DATED: July 22, 2015.

_____

JOSEPHINE L. STATON
 UNITED STATES DISTRICT JUDGE